

RECEIVED
AUG 11 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| MICHAEL W. FREEMAN | * | CIVIL ACTION NO. 07-0780 |
| VERSUS | * | JUDGE DOHERTY |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ET AL | * | MAG. JUDGE METHVIN |

* * * * * * * *

## ORDER

Considering the foregoing Motion to Place Administrative Record under Seal, filed on behalf of defendant, Unum Life Insurance Company of America,

**IT IS ORDERED** that pursuant to the Health Insurance Portability and Accountability Act ("HIPPA"), specifically 42 U.S.C. §1320d and Section 1320d-6, defendant's Motion to Place Administrative Record under Seal is GRANTED.

**IT IS FURTHER ORDERED** that the Administrative Record, bates stamped UACL 00001 **through UACL 00773**, be maintained as part of the Court Record of the Clerk of Court, but sealed from public access. All parties herein, counsel of record, and Court personnel - including the presiding Judge, any appellate judge(s), and their respective staff, shall be permitted access to the Administrative Record at all times during this litigation and any appeal proceedings that may occur.

Lafayette, Louisiana, this _11_ day of _August_, 2007.

_____
JUDGE